**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)*

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

**The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, “Do you own a car,” the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Cody**<br>First name<br><br>**Thomas**<br>Middle name<br><br>**Neff**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-9831** | |

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br>**FMEM West Range Reclamation, LLC**<br>**FMEM West Range Trucking, LLC**<br>**FMEM Powder River Ventures, LLC**<br>**FMEM CSE Ventures, LLC**<br>**FMEM Wind River Ventures, LLC**<br>**FMEM Neff Cattle Company**<br>**FMEM Big Horn Forest Products, LLC**<br>**FMEM Timber Rail Services, LLC (Wyoming)**<br>**FMEM West Range Forest Products, LLC**<br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **36702 Fruitland Mesa Road**<br>**Crawford, CO 81415**<br>Number, Street, City, State & ZIP Code<br><br>**Delta**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Stephanie Neff** | | | Relationship to you | **Wife** |
| District | **Colorado** | When | **12/11/15** | Case number, if known | **15-23581-MER** |
| Debtor | **West Range Reclamation, LLC** | | | Relationship to you | **Former Member** |
| District | **Colorado** | When | **4/09/15** | Case number, if known | **15-13676-MER** |

**11. Do you rent your residence?**

- ☐ No. Go to line 12.
- ■ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

### About Debtor 1:

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

### About Debtor 2 (Spouse Only in a Joint Case):

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

- ■ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Cody Thomas Neff**
**Cody Thomas Neff**
Signature of Debtor 1

Signature of Debtor 2

Executed on **July 18, 2016**
MM / DD / YYYY

Executed on
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Jenny M.F. Fujii**
Signature of Attorney for Debtor

Date **July 18, 2016**
MM / DD / YYYY

**Jenny M.F. Fujii**
Printed name

**Kutner Brinen, P.C.**
Firm name

**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone **303-832-2400** Email address

**30091**
Bar number & State

Certificate Number: 14751-CO-CC-027699812

14751-CO-CC-027699812

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 5, 2016, at 10:38 o'clock AM PDT, Cody T Neff received from $0$ BK Class Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: July 5, 2016

By: /s/AMEY AIONO

Name: AMEY AIONO

Title: Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cody Thomas Neff** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

**4/16**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$12,740.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2015 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$38,959.99** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that: (January 1 to December 31, 2014 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$51,459.85** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$2,083.33** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$58,333.31** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2015 )** | **Prepaid credit cards from West Range Reclamation** | **$6,000.00** | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

■ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4: Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wells Fargo Equipment Finance, Inc. v. West Range Trucking, LLC, Big Horn Forest Products, LLC, Cody T. Neff, and Stephanie L. Neff**<br>**Case No. 2015-CV-30101** | **Complaint for Judgment on Continuing Guarantee** | **Delta County Courthouse**<br>**501 Palmer Street, #338**<br>**Delta, CO 81416** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wells Fargo Equipment Finance, Inc. v. West Range Trucking, LLC, Big Horn Forest Products, LLC, Cody T. Neff and Stephanie L. Neff**<br>**2015-CV-30101** | **Writ of Garnishment with notice of exemption and pending levy**<br>**Writ of Garnishment - Judgment Debtor other than natural person** | **Delta County Courthouse**<br>**501 Palmer Street #338**<br>**Delta, CO 81416** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (*if known*)

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **John Deere Construction and Forestry Company and Deere Credit, Inc. v. West Range Forest Products, LLC and Cody T. Neff**<br>**2016-CV-01463-RM-CBS** | **Summons in a Civil Action** | **United States District Court for the District of Colorado**<br>**Denver, CO 80294** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br>**Pending** |
| **United States Welding, Inc. v. Cody Thomas Neff**<br>**16-S-16** | **Notice, Claim and Summons to Appear for Trial** | **Delta County Courthouse**<br>**501 Palmer Street**<br>**Suite 388**<br>**Delta, CO 81416** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br>**Stipulation for Judgment** |
| **Park Western Leasing, Inc. v. Cody T. Neff**<br>**2015-CV-31601** | **Complaint for Judgment on Continuing Guarantee** | **Jefferson County District Court**<br>**100 Jefferson County Parkway**<br>**Golden, CO 80401** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br>**Dismissed** |
| **Collett Enterprises, Inc. v. Cody T. Neff**<br>**2015-C-30235** | **Writ of Garnishment and Notice of Exemption and Pending Levy** | **Eagle County Court**<br>**885 Chambers Avenue**<br>**P.O. Box 597**<br>**Eagle, CO 81631** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Collett Enterprises, Inc.**<br>**11126 Highway 6**<br>**P.O. Box 439**<br>**Gypsum, CO 81637** | **Judgment against Cody Neff**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **July 22, 2015** | **$3,995.80** |
| **Wells Fargo Bank Association** | **Judgment against Cody Neff, West Range Trucking and Big Horn Forest Products. Total of $654.36 taken from two different accounts ($235.58 from joint checking, $418.78 from West Range Trucking account) plus two $50 garnishment fees.**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **January 6, 2016** | **$754.36** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **World Vision**<br>**P.O. Box 9716**<br>**Federal Way, WA 98063** | **$1,865 in money donations**<br>**World Vision International is an Evangelical Christian Humanitarian aid, development and advocacy organization for children.** | **Periodic contributions from 7/1/14-Current** | **$1,865.00** |
| **Crawford Community Methodist Church**<br>**P.O. Box 415**<br>**Crawford, CO 81415** | **$783 in money donations**<br>**Tithing to local church** | **Periodic contributions from 7/1/14-Current** | **$783.00** |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (*if known*)

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kutner Brinen, P.C.<br>1660 Lincoln Street<br>Suite 1850<br>Denver, CO 80264<br>Jerry and Louise Neff** | **$3,000.00 - flat fee<br>$335 - filing fee** | **June 29, 2016** | **$3,335.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Clearwater Ventures, LLC<br>P.O. Box 4551<br>Eagle, CO 81631<br><br>Purchaser & Lessor of Residence** | **Sale of 24.180 acres (house and sheds) in Delta County, Colorado, street address of 36702 Fruitland Mesa Road, Crawford, CO 81415** | **Paid off mortgage encumbering property at the time of the transfer, no remaining equity in property** | **March 31, 2015** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Vegetation Management West, LLC<br>38700 French Field Way<br>Crawford, CO 81415** | **2011 Ford F150 Truck - approximate value at time was between $10,000 - $11,000 - The amount to pay off was $10,590.38.** | **In 2013-2015 I made payments on a Ford Truck that I used for all of West Range Reclamation business travel and would get reimbursed mileage for it. When things got tough in West Range Reclamation, they did not pay the mileage so we paid for all gas/monthly payments. Eventually I got a job with VMW. VMW agreed they would purchase the truck from him by taking over payments and getting the title transferred by Ford to them. This was done on July 14, 2015. Payments were $588.36/month.** | **July 14, 2016** |
| **N/A** | **100% membership interests in West Range Reclamation, LLC cancelled as a result of confirmed Chapter 11 Plan.** | **None** | **June 2016** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☐ **No**

■ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of Colorado<br>394 Bridge Street<br>Hotchkiss, CO 81419** | **XXXX-0491** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **July 22, 2015 Funds garnished by Collett Enterprises, Inc., full balance taken, closing account** | **$0.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---:|
| Vegetation Management West ("VMW")<br>(Jerry and Louise Neff)<br>38700 French Field Way<br>Crawford, CO 81415 | 36702 Fruitland Mesa Road<br>Crawford, CO 81415 | Barn Shed that was remodeled for VMW office, and office supplies, Mac Laptop and 2 screens, file cabinets, furniture inside, printer, camping gear, hiking gear, tools, parts, supplies | $10,500.00 |
| C. Neff & S. Neff (kids)<br>36702 Fruitland Mesa Road<br>Crawford, CO 81415 | Bill and Krista Carsten<br>727 Aspen Lane<br>Crawford, CO 81415 | 2 bred hiefers<br>4 cow calf pairs<br>1 steer | $13,700.00 |
| West Range Reclamation, LLC<br>P.O. Box 1598<br>Gypsum, CO 81637 | 36702 Fruitland Mesa Road<br>Crawford, CO 81415 | 1989 Mazda Truck | $500.00 |
| Jerry & Louise Neff<br>37908 Fruitland Mesa Road<br>Crawford, CO 81415 | 36702 Fruitland Mesa Road<br>Crawford, CO 81415 | Homemade enclosed gray trailer | $100.00 |
| Vegetation Management West (VMW)<br>Jerry and Louise Neff<br>38700 French Field Way<br>Crawford, CO 81415 | 36702 Fruitland Mesa Road<br>and all over multiple states<br>Crawford, CO 81415 | 2015 - 2500 Dodge Ram Cummins Diesel Truck | $35,000.00 |
| James Ayer | 1231 Clear Fork Road<br>Crawford, CO 81415 | Chesnut Gelding Horse | $1,000.00 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **The Lynne Company, LLC** | **36702 Fruitland Mesa Road<br>Crawford, CO 81415** | **Wedding party decorations (ribbon, artificial flowers and greenery, center pieces, vases, table cloths, candles tulle, twinkle lights, table, chairs, toold. Dance items include speakers, hulu hoops, flags, butterfly wings)** | **$2,095.00** |
| **The Lynne Company, LLC** | **36702 Fruitland Mesa Road<br>Crawford, CO 81415** | **Office Desk and Hutch, Printer, 1 older Dell Laptop, 1 Acer Laptop, 1 chair, 1 bookshelf, miscellaneous office supplies, lamps, phone** | **$350.00** |
| **Neff Cattle Co.<br>36702 Fruitland Mesa Road<br>Crawford, CO 81415** | | **2005 Pandy Cattle Trailer** | **$1,400.00** |
| **Carter Neff** | **36702 Fruitland Mesa Road<br>Crawford, CO 81415** | **Animal Scale** | **$350.00** |

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11: Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Neff Cattle Company<br>36702 Fruitland Mesa Road<br>Crawford, CO 81415 | Company started to keep farm expenses and income separate from personal stuff.<br>Currently Insolvent | EIN: 46-3211046<br><br>From-To December 9, 2013 - Present |
| West Range Reclamation, LLC<br>P.O. Box 1598<br>Gypsum, CO 81637 | Logging company, 50% member of LLC until April 30, 2013, been 100% member until June 2016 | EIN: 27-0103076<br><br>From-To August 31, 2004 - May 24, 2016 |
| West Range Trucking, LLC<br>P.O. Box 1598<br>Gypsum, CO 81637 | Trucking Company<br>50% member of LLC until April 30, 2013, then 100% owner | EIN: 26-2329144<br><br>From-To April 4, 2008 - Present-Insolvent |
| CSE Ventures, LLC | Company started as a pass through company to limit exposure to West Range Reclamation/myself while working with Evergreen Clean Energy.<br>Bookkeeper was Sam Black, then Lisa Henion and eventually got handed back to myself. | EIN: 46-2487973<br><br>From-To March 29, 2012 - December 31, 2015 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Wind River Ventures, LLC** | **Company started as a pass through company to limit exposure to West Range/myself while working with UFP Eaton "Sawmill of the Rockies" which has been dissolved in early 2016. Sam Black for years 2012-2014, then no need for any bookkeeper as nothing happened, got turned back over to myself** | EIN: **61-1689383**<br>From-To **June 9, 2012 - Present (insolvent)** |
| **Big Horn Forest Products, LLC** | **Company started to process and sell wood products produced from West Range Reclamation, LLC. Bookkeeper Sam Black, Diana Tourney** | EIN: **45-5548348**<br>From-To **June 22, 2012 - December 31, 2015 (insolvent)** |
| **Timber Rail Services, LLC** | **Leased railcars necessary to transport wood products from Laramie, Wyoming to Longview, Washington. Sam Black, Bookkeeper, then Bob Grimm** | EIN: **46-0778063**<br>From-To |
| **West Range Forest Products, LLC** | **Formed to purchase product from West Range Reclamation and sell to Evergreen Clean Energy. Also formed to limit liability to West Range Reclamation.** | EIN:<br>From-To **2012 to Present** |
| **Powder River Ventures, LLC** | **Formed with the intention to purchase a sawmill in Encampment, Wyoming, but never happened** | EIN:<br>From-To **2012-2015** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**

■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Wells Fargo Bank<br>633 17th Street<br>Denver, CO 80217** | **April 2014** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (*if known*)

**Part 12:** **Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| /s/ Cody Thomas Neff | |
| **Cody Thomas Neff**<br>**Signature of Debtor 1** | **Signature of Debtor 2** |
| **Date** July 18, 2016 | **Date** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cody Thomas Neff** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ **0.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ **4,421.74** |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ **4,421.74** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ **0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ **116.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ **7,254,193.15** |
| **Your total liabilities** | $ **7,254,309.15** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ **3,759.91** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ **4,985.56** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those “incurred by an individual primarily for a personal, family, or household purpose.” 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **116.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **116.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1 **Cody Thomas Neff**
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: **Chevy**
Model: **Tahoe**
Year: **2005**
Approximate mileage:
Other information:
**In need of substantial repairs (50% interest)**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$2,000.00** | **$1,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$1,000.00**

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

■ Yes. Describe.....

| | |
|---|---|
| **50% interest in:**<br>**Beds**<br>**Dressers**<br>**Tables**<br>**Couches**<br>**Kitchen Utensils**<br>**Pots/Pans**<br>**Dishes**<br>**Appliances**<br>**Patio furniture**<br>**Decorations**<br>**End Table**<br>**Armoirs**<br>**Rugs**<br>**Linens** | **$1,200.00** |

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **50% interest in:**<br>**Televisions**<br>**Printers**<br>**Computers** | **$177.25** |

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **1 Semi-Automatic 12 Guage Shot Gun**<br>**Hunting Clothes and Decoys** | **$200.00** |

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| | |
|---|---|
| **Shoes**<br>**Pants**<br>**Tops**<br>**Jackets** | **$200.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Wedding Ring** | **$200.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
■ Yes. Give specific information.....

| | |
|---|---|
| **50% interest in:**<br>**100 Books**<br>**50 DVD's**<br>**40 CD's** | **$85.00** |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ **$2,062.25**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.................................................................................................................

| | |
|---|---|
| **Cash** | **$16.00** |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................ Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Bank of Colorado Joint Checking (3011)** | **$26.49** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them..................
Name of entity: % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
■ Yes. .................... Institution name or individual:

| | |
|---|---|
| **50% Interest in Security Deposit for Lease on House - with landlord's attorney, Rodney Wilkinson, 2576 North 860 East, Provo, Utah 84604** | **$125.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| **Anticipated refund of approximately $250 from 2014 tax year (will be offset against amounts owed for 2015)** | **Unknown** |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
■ Yes. Give specific information..

| | |
|---|---|
| **Wages from VMW (approxmately)** | **$182.00** |

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **American General Life Insurance YM00718999 Term Insurance (payable only on death) Beneficiary: Stephanie Neff** | | |
| **American General Life Insurance YM00732381 Term Insurance (payable only on death) Beneficiary: Stephanie Neff** | | |
| **State Farm Life Insurance LF19105842 Permanent (payable only on death)** | **Stephanie Neff** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
■ Yes. Describe each claim.........

| | |
|---|---|
| **Claim filed in West Range Reclamation, LLC Chapter 11 bankruptcy case for $76,998.56. Payment term of seven (7) years after secured creditors are paid** | **Unknown** |

35. **Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................................** **$349.49**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

■ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No

■ Yes................

**21 Laying Hens**
**1 Sollel Gelding Horse** — **$100.00**

48. **Crops—either growing or harvested**

■ No

☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

■ Yes................

**Fishing Poles/Supplies: $30**
**Cattle Head Catch: $300**
**2 Bale Feeders: $200**
**3 Animal Water TAnks: $75**
**Posts and Wire for Fencing: $200**
**Chicken Feeder: $5** — **$810.00**

50. **Farm and fishing supplies, chemicals, and feed**

☐ No

■ Yes................

**Hay Bales** — **$100.00**

51. **Any farm- and commercial fishing-related property you did not already list**

■ No

☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ..........** **$1,010.00**

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

**Part 8: List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................ | | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$1,000.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$2,062.25** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$349.49** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$1,010.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$4,421.74** | Copy personal property total | **$4,421.74** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$4,421.74** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cody Thomas Neff | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2005 Chevy Tahoe**<br>**In need of substantial repairs (50% interest)**<br>Line from *Schedule A/B*: **3.1** | **$1,000.00** | ☐ ______<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-102(1)(j)(I), (III)** |
| **50% interest in:**<br>**Beds**<br>**Dressers**<br>**Tables**<br>**Couches**<br>**Kitchen Utensils**<br>**Pots/Pans**<br>**Dishes**<br>**Appliances**<br>**Patio furniture**<br>**Decorations**<br>**End Table**<br>**Armoirs**<br>**Rugs**<br>**Linens**<br>Line from *Schedule A/B*: **6.1** | **$1,200.00** | ☐ ______<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **50% interest in:<br>Televisions<br>Printers<br>Computers**<br>Line from *Schedule A/B*: **7.1** | **$177.25** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **Shoes<br>Pants<br>Tops<br>Jackets**<br>Line from *Schedule A/B*: **11.1** | **$200.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(a)** |
| **Wedding Ring**<br>Line from *Schedule A/B*: **12.1** | **$200.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |
| **50% interest in:<br>100 Books<br>50 DVD's<br>40 CD's**<br>Line from *Schedule A/B*: **14.1** | **$85.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(c)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | **$16.00** | ■ **75%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106** |
| **Checking: Bank of Colorado Joint Checking (3011)**<br>Line from *Schedule A/B*: **17.1** | **$26.49** | ■ **75%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106** |
| **50% Interest in Security Deposit for Lease on House - with landlord's attorney, Rodney Wilkinson, 2576 North 860 East, Provo, Utah 84604**<br>Line from *Schedule A/B*: **22.1** | **$125.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(r)** |
| **Wages from VMW (approxmately)**<br>Line from *Schedule A/B*: **30.1** | **$182.00** | ■ **75%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-104(2)(a), 5-5-105, 5-5-106** |
| **American General Life Insurance YM00718999<br>Term Insurance (payable only on death)<br>Beneficiary: Stephanie Neff**<br><br>**American General Life Insurance YM00732381<br>Term Insurance (payable only on death)<br>Beneficiary: Stephanie Neff**<br><br>**State Farm Life Insurance**<br>Line from *Schedule A/B*: **31.1** | **$0.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 10-7-106** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if known)

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **Fishing Poles/Supplies: $30**<br>**Cattle Head Catch: $300**<br>**2 Bale Feeders: $200**<br>**3 Animal Water TAnks: $75**<br>**Posts and Wire for Fencing: $200**<br>**Chicken Feeder: $5**<br>Line from *Schedule A/B*: **49.1** | **$810.00** | ■ **$810.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(g)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cody Thomas Neff** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Cody Thomas Neff
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 Colorado Department of Revenue | $0.00 | $0.00 | $0.00 |
| 2.2 Internal Revenue Service | $0.00 | $0.00 | $0.00 |

**2.1 Colorado Department of Revenue**
Priority Creditor's Name
**1375 Sherman Street**
**Denver, CO 80261**
Number Street City State ZIp Code

**Last 4 digits of account number**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Notice Purposes only**

**2.2 Internal Revenue Service**
Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State ZIp Code

**Last 4 digits of account number**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Notice Purposes Only**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 48404 Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

2.3 **State Tax Commissioner**
Priority Creditor's Name
**P.O. Box 5622**
**Bismarck, ND 58506-5622**
Number Street City State ZIp Code

**Last 4 digits of account number** **$116.00** **$116.00** **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **4 Rivers Equipment**
Nonpriority Creditor's Name
**ATTN: Kristine Matheny**
**1100 East Cheyenne Road**
**Colorado Springs, CO 80906**
Number Street City State ZIp Code

**Last 4 digits of account number** **$323,362.41**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.2 **4 Rivers Equipment**
Nonpriority Creditor's Name
**ATTN: Kristine Matheny**
**1100 East Cheyenne Road**
**Colorado Springs, CO 80906**
Number Street City State ZIp Code

Last 4 digits of account number

**$5,130.86**

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

4.3 **4 Rivers Leasing, LLC**
Nonpriority Creditor's Name
**c/o Sherman & Howard, LLC**
**ATTN: Peter Cal, Esq.**
**633 17th Street, Suite 3000**
**Denver, CO 80202**
Number Street City State ZIp Code

Last 4 digits of account number

**$83,698.57**

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

4.4 **Ace Hardware**
Nonpriority Creditor's Name
**611 East Grand Avenue**
**Unit B**
**Laramie, WY 82070**
Number Street City State ZIp Code

Last 4 digits of account number

**$0.00**

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.5 **Acorn Petroleum**
Nonpriority Creditor's Name
**P.O. Box 603**
**Colorado Springs, CO 80901**
Number Street City State ZIp Code

**Last 4 digits of account number** **$7,212.91**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.6 **All Copy Products**
Nonpriority Creditor's Name
**4141 Colorado Blvd.**
**Denver, CO 80216**
Number Street City State ZIp Code

**Last 4 digits of account number** **$2,132.20**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.7 **American Tire Distributors**
Nonpriority Creditor's Name
**P.O. Box 889**
**Huntersville, NC 28070**
Number Street City State ZIp Code

**Last 4 digits of account number** **$1,326.15**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Cody Thomas Neff                                Case number (if know)

4.8 **Ascentium Capital**
Nonpriority Creditor's Name
**P.O. Box 301593**
**Dallas, TX 75303-1593**
Number Street City State ZIp Code

**Last 4 digits of account number** 5240 — **$119,140.66**

**When was the debt incurred?** August 2013

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Finance Personal Guarantee/Business Debt**

---

4.9 **Bank of America Credit Card**
Nonpriority Creditor's Name
**P.O. Box 15796**
**Wilmington, DE 19886-5706**
Number Street City State ZIp Code

**Last 4 digits of account number** — **$49,019.85**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.10 **Big Horn Forest Products, LLC**
Nonpriority Creditor's Name
**110 East Hotchkiss Avenue**
**Hotchkiss, CO 81419**
Number Street City State ZIp Code

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.1 1** **Bilateral Credit Corp.**
Nonpriority Creditor's Name
**1980 Pawtucket Avenue**
**Suite 2A**
**East Providence, RI 02914-1915**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Purposes Only**

---

**4.1 2** **Bloedorn Lumber - Laramie**
Nonpriority Creditor's Name
**450 North 3rd Street**
**Laramie, WY 82072**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$1,224.16**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

**4.1 3** **Bonneville Fire and Forestry, LLC**
Nonpriority Creditor's Name
**ATTN: Nate Bloomfield**
**P.O. Box 754**
**Newcastle, WY 82701**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$14,262.60**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.14

**Cameron Butcher Management** | **Last 4 digits of account number** | **$0.00**
Nonpriority Creditor's Name
**c/o Firm Ground, LLCC**
**P.O. Box 1415**
**Colorado Springs, CO 80901**
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.15

**Charter Communications** | **Last 4 digits of account number** | **$353.30**
Nonpriority Creditor's Name
**P.O. Box 742617**
**Cincinnati, OH 45274**
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.16

**Chase Credit Card** | **Last 4 digits of account number** | **$1,484.93**
Nonpriority Creditor's Name
**P.O. Box 94014**
**Palatine, IL 60094-4014**
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.17

**Chief Petroleum Co.** — Last 4 digits of account number — **$4,032.45**

Nonpriority Creditor's Name

**P.O. Box 6239**
**Colorado Springs, CO 80934-6239**

Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.18

**Citizen Printing** — Last 4 digits of account number — **$618.10**

Nonpriority Creditor's Name

**1309 Webster Avenue**
**Fort Collins, CO 80524**

Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.19

**City of Laramie** — Last 4 digits of account number — **$0.00**

Nonpriority Creditor's Name

**405 Grand Avenue**
**Laramie, WY 82070**

Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

**4.20**

**Clearwater Ventures, LLC**
Nonpriority Creditor's Name
**ATTN: Sarah Baker**
**P.O. Box 426**
**Gypsum, CO 81637**
Number Street City State ZIp Code

**Last 4 digits of account number**
**$74,500.43**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

**4.21**

**Clearwater Ventures, LLC**
Nonpriority Creditor's Name
**ATTN: Sarah Baker**
**P.O. Box 426**
**Gypsum, CO 81637**
Number Street City State ZIp Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ■ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Liability for business lease**

---

**4.22**

**CNH Capital America**
Nonpriority Creditor's Name
**P.O. Box 3600**
**Lancaster, PA 17604**
Number Street City State ZIp Code

**Last 4 digits of account number** **9002**
**$150,581.15**

**When was the debt incurred?** **January 28, 2014**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Finance personal guarantee/Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.23

**Collett Enterprises, Inc.**
Nonpriority Creditor's Name
**ATTN: Bonnie**
**P.O. Box 439**
**Gypsum, CO 81637**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$9,784.96**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

4.24

**Colorado Department of Revenue**
Nonpriority Creditor's Name
**1375 Sherman Street**
**Denver, CO 80264**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$3,142.09**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

4.25

**Colorado Forestry Funding**
Nonpriority Creditor's Name
**9074 East 28th Avenue**
**Denver, CO 80238**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$1,231,326.74**

**When was the debt incurred?** **July 2, 2013**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal guarantee on line of credit**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.26 **Colorado Machinery/Colorado Equipment**
Nonpriority Creditor's Name
**924 11th Street**
**Greeley, CO 80631**
Number Street City State ZIp Code

Last 4 digits of account number
**$115,353.93**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.27 **Colorado Motor Carriers Association**
Nonpriority Creditor's Name
**4060 Elati Street**
**Denver, CO 80216**
Number Street City State ZIp Code

Last 4 digits of account number
**$350.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt**

---

4.28 **Colorado Packaging, Inc.**
Nonpriority Creditor's Name
**1315 Audubon Place**
**Loveland, CO 80538**
Number Street City State ZIp Code

Last 4 digits of account number
**$10,644.56**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.29 **Commercial Credit Group** — Last 4 digits of account number — **$48,206.91**

Nonpriority Creditor's Name
**2135 City Gate Lane**
**Suite 440**
**Naperville, IL 60563**
Number Street City State ZIp Code

When was the debt incurred? **September 17, 2014**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Finance personal guarantee/Business Debt**

---

4.30 **Corkle Oil Company, LLC** — Last 4 digits of account number — **$57,811.59**

Nonpriority Creditor's Name
**P.O. Box 278**
**Walden, CO 80480**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.31 **CSE Ventures, LLC** — Last 4 digits of account number — **Unknown**

Nonpriority Creditor's Name
**36702 Fruitland Mesa Road**
**Crawford, CO 81415**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

**4.32** **Dalby Wendland & Co., P.C.** — Nonpriority Creditor's Name
**ATTN: Susan Frezer**
**P.O. Box 1605**
**Montrose, CO 81402**
Number Street City State ZIp Code

**Last 4 digits of account number** — **$30,501.00**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

**4.33** **DDI Equipment** — Nonpriority Creditor's Name
**ATTN: David Dodd**
**4600 Highway 50**
**Whitewater, CO 81527**
Number Street City State ZIp Code

**Last 4 digits of account number** — **$41,830.51**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

**4.34** **Deere Credit** — Nonpriority Creditor's Name
**6400 NW 86th Street**
**Johnston, IA 50131-6600**
Number Street City State ZIp Code

**Last 4 digits of account number** — **$501,304.34**
**When was the debt incurred?** **Various Dates**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Finance personal guarantee/Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.35

**Delta County Treasurer**
Nonpriority Creditor's Name
**501 Palmer Street**
**Suite 202**
**Delta, CO 81416-1764**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$804.80**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.36

**Delta Rigging & Tools, Inc.**
Nonpriority Creditor's Name
**ATTN: Natalie**
**125 McCarty Drive**
**Beaumont, TX 77702-9000**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$802.68**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.37

**Discover Credit Card**
Nonpriority Creditor's Name
**P.O. Box 30395**
**Salt Lake City, UT 84130**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$10,899.97**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal card used for business by West Range Reclamation**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.38 **Dooley Oil, Inc.**
Nonpriority Creditor's Name
**720 Skyline Road**
**Laramie, WY 82070**
Number Street City State ZIp Code

**Last 4 digits of account number** **$3,387.23**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.39 **Eagle Valley Clean Energy**
Nonpriority Creditor's Name
**P.O. Box 426**
**Gypsum, CO 81637**
Number Street City State ZIp Code

**Last 4 digits of account number** **$1,650,347.60**

**When was the debt incurred?** **12/24/2013 - 3/20/2015**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.40 **Ellengecker Oil, Inc.**
Nonpriority Creditor's Name
**ATT: Mr. Ellenbecker**
**553 West Garfield**
**Laramie, WY 82072**
Number Street City State ZIp Code

**Last 4 digits of account number** **$32,989.40**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.41 **Enviro Land Management, LLC**
Nonpriority Creditor's Name
**4600 Highway 50**
**Whitewater, CO 81527**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **$2,000.00**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

---

4.42 **Express Employment Professionals**
Nonpriority Creditor's Name
**260 North 4th Street**
**Laramie, WY 82070**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **$32,830.58**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

---

4.43 **Express Transport Services, Inc.**
Nonpriority Creditor's Name
**1335 Poplar Drive**
**Medford, OR 97504**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **$13,350.00**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.44 **Fastenal Company** — **$7,720.67**

Nonpriority Creditor's Name
**244 Superior Court**
**Laramie, WY 82070**
Number Street City State ZIp Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.45 **Feenaughty Machinery Co.** — **$4,456.60**

Nonpriority Creditor's Name
**P.O. Box 13279**
**Portland, OR 97213-0279**
Number Street City State ZIp Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.46 **Fleetcor Technologies** — **$5,930.80**

Nonpriority Creditor's Name
**16800 Greenspoint Drive**
**Suite 255 North**
**Houston, TX 77060**
Number Street City State ZIp Code

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

**4.47**

**Forrester and Associates, LLC**
Nonpriority Creditor's Name
**ATTN: Nick Nunley**
**P.O. Box 1217**
**Ackerman, MS 39735**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

**4.48**

**Fuelman**
Nonpriority Creditor's Name
**P.O. Box 105080**
**Atlanta, GA 30348-5086**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$2.97**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

**4.49**

**G.E. Capital Corporation**
Nonpriority Creditor's Name
**P.O. Box 31001-0275**
**Pasadena, CA 91110-0275**
Number Street City State ZIp Code

**Last 4 digits of account number** **6001**

**$81,242.71**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Finance personal guarantee/Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.50 **GCR Tires & Service** — Last 4 digits of account number — **$2,842.74**

Nonpriority Creditor's Name
**2220 Road Avenue**
**Colorado Springs, CO 80906**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.51 **GCR Tires and Service** — Last 4 digits of account number — **$364.23**

Nonpriority Creditor's Name
**3020 East Mulberry**
**Fort Collins, CO 80524**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.52 **Globaltranz Enterprises, Inc.** — Last 4 digits of account number — **$8,650.00**

Nonpriority Creditor's Name
**P.O. Box 6348**
**Scottsdale, AZ 85261**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.53** **Go Green Pallet & Recycling Co**
Nonpriority Creditor's Name
**937 A Street**
**Greeley, CO 80631**
Number Street City State ZIp Code

Last 4 digits of account number **4378** — **$1,912.00**

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

**4.54** **Go Green Pallet & Recycling Company**
Nonpriority Creditor's Name
**937 A Street**
**Greeley, CO 80631**
Number Street City State ZIp Code

Last 4 digits of account number — **$2,000.00**

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

**4.55** **Gray Oil Company**
Nonpriority Creditor's Name
**ATTN: Mr. Gray**
**P.O. Box 387**
**Gretna, NE 68028**
Number Street City State ZIp Code

Last 4 digits of account number — **$11,588.35**

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.56 **GTS Forestry, Inc.**
Nonpriority Creditor's Name
**ATTN: Cesar Garcia**
**8880 Cal Center Drive**
**Suite 400**
**Sacramento, CA 95826**
Number Street City State ZIp Code

Last 4 digits of account number
**$106,390.29**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

4.57 **Harrison Trucking, Inc.**
Nonpriority Creditor's Name
**P.O. Box 361**
**Rillito, AZ 85654**
Number Street City State ZIp Code

Last 4 digits of account number
**$0.00**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

4.58 **Harry Corkle Construction**
Nonpriority Creditor's Name
**ATTN: Harry Corkle**
**P.O. Box 306**
**Walden, CO 80480**
Number Street City State ZIp Code

Last 4 digits of account number
**$28,362.50**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.59

**Hartman Distributing, Inc.**
Nonpriority Creditor's Name
**302 South Cedar Street**
**Laramie, WY 82072**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$27,003.92**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.60

**Hill Petroleum**
Nonpriority Creditor's Name
**ATTN: Gabrielle Talamantez**
**6301 Ralston Road**
**Arvada, CO 80002**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$2,707.21**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.61

**Indian Peaks Rental, LLC**
Nonpriority Creditor's Name
**P.O. Box 269**
**Tabernash, CO 80478**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$2,113.42**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.62 **Intermountain Forest Association** Last 4 digits of account number **$13,817.00**
Nonpriority Creditor's Name
**c/o Neiman Sawmills, Inc.**
**P.O. Box 218**
**Hulett, WY 82720**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.63 **Interstate All Battery Center** Last 4 digits of account number **$545.71**
Nonpriority Creditor's Name
**ATTN: Steven**
**1659 Stillwater Avenue**
**Cheyenne, WY 82009**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.64 **Intuit Payment Solutions** Last 4 digits of account number **$59.85**
Nonpriority Creditor's Name
**21215 Burbank Blvd.**
**Suite 100**
**Wooland Hills, CA**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.65 **J.J. Keller & Associates, Inc.**
Nonpriority Creditor's Name
**3003 Breezewood Lane**
**P.O. Box 368**
**Neenah, WI 54957**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$334.50**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.66 **John Deere Construction**
Nonpriority Creditor's Name
**6400 NW 86th Street**
**Johnston, IA 50131-6600**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$344,960.56**

**When was the debt incurred?** **Various Dates**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Finance personal guarantee/Business Debt**

---

4.67 **Joseph W. Lawyer, Esq.**
Nonpriority Creditor's Name
**Messerli & Kramer, P.A.**
**100 South Fifth Street**
**Suite 1400**
**Minneapolis, MN 55402-1217**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$75,665.98**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.68 **Konecny Brother Lumber Company, Inc.**
Nonpriority Creditor's Name
**2108 South 1100 West**
**Suite 5**
**Ogden, UT 84401**
Number Street City State ZIp Code

**Last 4 digits of account number** **$5,800.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.69 **Laramie Auto Parts Co.**
Nonpriority Creditor's Name
**606 South 2nd Street**
**Laramie, WY 82070**
Number Street City State ZIp Code

**Last 4 digits of account number** **$10.18**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.70 **Laramie Tire Factory, LLC**
Nonpriority Creditor's Name
**1457 North 3rd**
**Laramie, WY 82072**
Number Street City State ZIp Code

**Last 4 digits of account number** **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.71 **Laramie Tire Factory, LLC** — **$176.16**
Nonpriority Creditor's Name
**1457 North 3rd Street**
**Laramie, WY 82072**
Number Street City State ZIp Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.72 **Liberty Mutual Insurance** — **$44,732.22**
Nonpriority Creditor's Name
**P.O. Box 0569**
**Carol Stream, IL 60132-0569**
Number Street City State ZIp Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.73 **Log Max** — **$3,218.59**
Nonpriority Creditor's Name
**ATTN: Aja Peters**
**1114 West Fourth Plain Blvd.**
**Vancouver, WA 98660-2021**
Number Street City State ZIp Code

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.74

**Lynn Hendrix Equipment, LLC**
Nonpriority Creditor's Name
**313 Lynn Hendrix Road**
**Livingston, TX 77351**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$3,189.42**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.75

**Merchants Capital Resources**
Nonpriority Creditor's Name
**ATTN: Corrin Richards**
**P.O. Box 248**
**Winona, MN 55987**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$75,665.98**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.76

**Midwest Truck Parts & Service**
Nonpriority Creditor's Name
**5075 Cook Street**
**Denver, CO 80216-2427**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$2,288.22**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

**4.77** **Molina Landscaping and Logging, LLC**
Nonpriority Creditor's Name
**ATTN: Noel Molina**
**P.O. Box 2335**
**Fraser, CO 80442**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$25,140.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

**4.78** **Montana Hydraulics, LLC**
Nonpriority Creditor's Name
**888 Florance Street**
**Helena, MT 59601**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$9,097.96**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

**4.79** **Montana Hydraulics, LLC**
Nonpriority Creditor's Name
**888 Florence Street**
**Helena, MT 59601**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$8,737.40**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.80

**Morningstar Mountain Properties, LLC**
Nonpriority Creditor's Name
**94 Market Street**
**Eagle, CO 81631**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** **$3,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.81

**Motion & Flow Control Products, Inc.**
Nonpriority Creditor's Name
**ATTN: Karen Rokose**
**8433 Solution Center**
**Chicago, IL 60677-8004**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** **$759.33**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.82

**North West Parts & Equipment**
Nonpriority Creditor's Name
**ATTN: Chris Hurd**
**P.O. Box 107**
**Kalispell, MT 59903-0107**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** **$487.91**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.83 **O'Reilly Parts**
Nonpriority Creditor's Name
**1059 North 3rd Street**
**Laramie, WY 82072**
Number Street City State ZIp Code

Last 4 digits of account number
When was the debt incurred?
**$92.59**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

---

4.84 **Open Range Land, LLC**
Nonpriority Creditor's Name
**100 Hazie Lane**
**Wetmore, CO 81253**
Number Street City State ZIp Code

Last 4 digits of account number
When was the debt incurred?
**$1,515.00**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.85 **Park Western Leasing**
Nonpriority Creditor's Name
**13949 West Colfax Avenue**
**Suite 200**
**Golden, CO 80401**
Number Street City State ZIp Code

Last 4 digits of account number **6408**
When was the debt incurred? **Unknown**
**$0.00**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Equipment Finance personal guarantee/Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.86

**Power Equipment Company**
Nonpriority Creditor's Name
**P.O. Box 28**
**Denver, CO 80201**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$1,993.10**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.87

**Power Motive Corporation**
Nonpriority Creditor's Name
**ATTN: Stephanie Mar**
**P.O. Box 912377**
**Denver, CO 80291-2377**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$6,307.81**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.88

**R2 Advisors, LLC**
Nonpriority Creditor's Name
**ATTN: Thomas Kim**
**1350 17th Street**
**Suite 206**
**Denver, CO 80202**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$2,587.50**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.89 **Rayson Logging Co., Inc.** — Nonpriority Creditor's Name
**ATTN: Georgia Rayson**
**896 Shelton Flats Road**
**Libby, MT 59923**
Number Street City State ZIp Code

**Last 4 digits of account number**
**$31,103.07**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.90 **Rocking E Trucking, Inc.** — Nonpriority Creditor's Name
**3831 Fort Sanders Road**
**Laramie, WY 82070**
Number Street City State ZIp Code

**Last 4 digits of account number**
**$550.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.91 **Rocky Mountain Power** — Nonpriority Creditor's Name
**1407 West North Temple**
**Salt Lake City, UT 84116**
Number Street City State ZIp Code

**Last 4 digits of account number**
**$0.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

**4.92** **Schaeffer's Specialized Lubricants**
Nonpriority Creditor's Name
**ATTN: Judy Davis**
**Department 3518**
**P.O. Box 790100**
**Saint Louis, MO 63179-0100**
Number Street City State ZIp Code

**Last 4 digits of account number** **$3,907.55**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

**4.93** **Sinclair Fleet Services**
Nonpriority Creditor's Name
**P.O. Box 6293**
**Carol Stream, IL 60197-6293**
Number Street City State ZIp Code

**Last 4 digits of account number** **$13,165.64**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

**4.94** **Sinclair Oil Corporation**
Nonpriority Creditor's Name
**P.O. Box 30825**
**Salt Lake City, UT 84130**
Number Street City State ZIp Code

**Last 4 digits of account number** **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.95 **Smith, Currie & Hancock, LLP**
Nonpriority Creditor's Name
**2700 Marquis One Tower**
**245 Peachtree Center Avenue NE**
**Atlanta, GA 30303**
Number Street City State ZIp Code

**Last 4 digits of account number**
**$2,641.00**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.96 **Source Gas**
Nonpriority Creditor's Name
**416 South 3rd Street**
**Laramie, WY 82070**
Number Street City State ZIp Code

**Last 4 digits of account number**
**$52.75**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.97 **Source One Packaging, LLC**
Nonpriority Creditor's Name
**20 Commerce Drive**
**Hauppauge, NY 11788**
Number Street City State ZIp Code

**Last 4 digits of account number**
**$8,318.11**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

**4.98** **Sparks Willson Borges Brand & Johnson, P.C.**
Nonpriority Creditor's Name
**c/o Kent Borges/Matthew Niznik**
**24 South Weber Street, Suite 400**
**Colorado Springs, CO 80903**
Number Street City State ZIp Code

**Last 4 digits of account number** — **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Purposes Only**

---

**4.99** **Spectrum Accounting**
Nonpriority Creditor's Name
**179 West Bridge Street**
**P.O. Box 598**
**Hotchkiss, CO 81419**
Number Street City State ZIp Code

**Last 4 digits of account number** — **$3,787.50**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

**4.100** **Suburban Propane**
Nonpriority Creditor's Name
**1412 South 2nd Street**
**Laramie, WY 82070**
Number Street City State ZIp Code

**Last 4 digits of account number** — **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.1 01 **Summitt Forests, Inc.**
Nonpriority Creditor's Name
**ATTN: Scott Nelson**
**2305-C Ashland Street**
**Phoenix, OR 97535**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$376,298.10**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

4.1 02 **Sunbelt Rentals, Inc.**
Nonpriority Creditor's Name
**P.O. Box 409211**
**Atlanta, GA 30384-9211**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$1,544.72**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

4.1 03 **SunSource**
Nonpriority Creditor's Name
**P.O. Box 730698**
**Dallas, TX 75373-0698**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$8,717.65**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

**4.1 04** **Sutherland Trucking**
Nonpriority Creditor's Name
**1706 Treadway Trail**
**Cheyenne, WY 82009**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$400.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

**4.1 05** **Sweat, LLC**
Nonpriority Creditor's Name
**ATTN: Don Sweat**
**P.O. Box 30174**
**Pensacola, FL 32503**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$207,134.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

**4.1 06** **Swift Transportation**
Nonpriority Creditor's Name
**P.O. Box 29243**
**Phoenix, AZ 85038-9243**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$9,159.59**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.107 **Team Petroleum** — Last 4 digits of account number — **$17,023.57**

Nonpriority Creditor's Name

**P.O. Box 1831**
**Fort Collins, CO 80522**

Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.108 **The Hanover Insurance Group** — Last 4 digits of account number — **$0.30**

Nonpriority Creditor's Name

**P.O. Box 580045**
**Charlotte, NC 28258-0045**

Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.109 **Three Rivers Leasing, LLC** — Last 4 digits of account number — **$20,681.64**

Nonpriority Creditor's Name

**924 11th Street**
**Greeley, CO 80631**

Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.1 10

**Timber Rail Services**
Nonpriority Creditor's Name
**ATTN: Bob Grim**
**185 Rattlesnake Road**
**Laramie, WY 82070**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$7,572.68**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.1 11

**Titan Access Account**
Nonpriority Creditor's Name
**P.O. Box 3900**
**Lancaster, PA 17604-3900**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$12,730.70**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.1 12

**Titan Machinery-Windsor**
Nonpriority Creditor's Name
**ATTN: Shari Swenson**
**7250 Greenridge Road**
**Windsor, CO 80550-8000**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$87,780.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

**4.1 13** **Titan Rentals** — Last 4 digits of account number — **$76,851.26**

Nonpriority Creditor's Name
**7250 Greenridge Road**
**Windsor, CO 80550**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

**4.1 14** **Todd Construction and Logging, Inc.** — Last 4 digits of account number — **$17,152.33**

Nonpriority Creditor's Name
**P.O. Box 1657**
**Laramie, WY 82073-1657**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

**4.1 15** **Tri State Oil Reclaimers, Inc.** — Last 4 digits of account number — **$300.00**

Nonpriority Creditor's Name
**1770 Ott Road**
**Cheyenne, WY 82001**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

**4.1 16** **True Value of Laramie** — Last 4 digits of account number — **$0.00**

Nonpriority Creditor's Name
**1161 North 3rd Street**
**Laramie, WY 82072**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

**4.1 17** **Uline** — Last 4 digits of account number — **$1,666.71**

Nonpriority Creditor's Name
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

**4.1 18** **United Site Services** — Last 4 digits of account number — **$179.36**

Nonpriority Creditor's Name
**P.O. Box 53267**
**Phoenix, AZ 85072**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.1 19 **United States Welding** — Last 4 digits of account number — **$1,060.57**

Nonpriority Creditor's Name
**Department 78716**
**P.O. Box 78000**
**Detroit, MI 48278-0716**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.1 20 **Universal Premium** — Last 4 digits of account number — **$7,515.59**

Nonpriority Creditor's Name
**P.O. Box 70995**
**Charlotte, NC 28272-0995**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.1 21 **Uthmann Enterprises, LLC** — Last 4 digits of account number — **$7,850.00**

Nonpriority Creditor's Name
**ATTN: Chad Uthmann**
**P.O. Box 659**
**Laporte, CO 80535**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.1 22 **Vegetation Management West, LLC** — Nonpriority Creditor's Name

**ATTN: Jerry Neff**
**37098 Fruitland Mesa Road**
**Crawford, CO 81415**
Number Street City State ZIp Code

**Last 4 digits of account number**

**When was the debt incurred?**

**$253,000.00**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.1 23 **Verizon Wireless** — Nonpriority Creditor's Name

**P.O. Box 660108**
**Dallas, TX 75266-0108**
Number Street City State ZIp Code

**Last 4 digits of account number**

**When was the debt incurred?**

**$736.13**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.1 24 **Vermeer Sales & Service** — Nonpriority Creditor's Name

**5801 East 76th Avenue**
**Commerce City, CO 80022**
Number Street City State ZIp Code

**Last 4 digits of account number**

**When was the debt incurred?**

**$4,372.46**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.1 25

**Voltech Electric, Inc.**
Nonpriority Creditor's Name
**745 Plaza Court**
**Suite 3**
**Laramie, WY 82070**
Number Street City State ZIp Code

**Last 4 digits of account number** **$816.92**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.1 26

**W.P.C.I.**
Nonpriority Creditor's Name
**1321 Broadway**
**Scottsbluff, NE 69361**
Number Street City State ZIp Code

**Last 4 digits of account number** **$304.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---

4.1 27

**Wagner Equipment Co.**
Nonpriority Creditor's Name
**ATTN: Lana**
**P.O. Box 91900**
**Denver, CO 80291-9000**
Number Street City State ZIp Code

**Last 4 digits of account number** **$4,085.79**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.1 28

**Wells Fargo Bank**
Nonpriority Creditor's Name
**Department 757**
**Denver, CO 80271-0757**
Number Street City State ZIp Code

Last 4 digits of account number

**Unknown**

When was the debt incurred? **Unknown**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal Guarantee/Business Debt**

---

4.1 29

**Wells Fargo Card Services**
Nonpriority Creditor's Name
**P.O. Box 30086**
**Los Angeles, CA 90030-0086**
Number Street City State ZIp Code

Last 4 digits of account number

**$8,574.08**

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.1 30

**Wells Fargo Equipment Finance**
Nonpriority Creditor's Name
**NW-9178**
**P.O. Box 1450**
**Minneapolis, MN 55486-8178**
Number Street City State ZIp Code

Last 4 digits of account number

**$261,832.23**

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.1 31 **West Coast Livestock Express, Inc.**
Nonpriority Creditor's Name
**1580 West Kuna Cave Road**
**Kuna, ID 83634**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

**$0.00**

---

4.1 32 **West Range Forest Products**
Nonpriority Creditor's Name
**P.O. Box 426**
**Gypsum, CO 81637**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **West Range Reclamation, LLC Business Debt**

**$191,139.09**

---

4.1 33 **West Range Reclamation, LLC**
Nonpriority Creditor's Name
**110 East Hotchkiss Avenue**
**Hotchkiss, CO 81419**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Purposes Only**

**Unknown**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.1 34

**West Range Trucking, LLC**
Nonpriority Creditor's Name
**ATTN: Cody Neff**
**P.O. Box 1598**
**Gypsum, CO 81637**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$11,136.71**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.1 35

**Will Tilghman**
Nonpriority Creditor's Name
**P.O. Box 754**
**Tabernash, CO 80478**
Number Street City State ZIp Code

**Last 4 digits of account number**

**$24,710.44**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **West Range Reclamation, LLC Business Debt**

---

4.1 36

**Wind River Ventures, LLC**
Nonpriority Creditor's Name
**36702 Fruitland Mesa Road**
**Crawford, CO 81415**
Number Street City State ZIp Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

4.1 37

**Wood Products International**
Nonpriority Creditor's Name
**P.O. Box 9544**
**Savannah, GA 31412-9544**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** **$1,929.20**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

4.1 38

**Wyoming Automotive & Industrial, LLC**
Nonpriority Creditor's Name
**205 East University Avenue**
**Laramie, WY 82072**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** **$6,120.06**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

4.1 39

**Wyoming Disposal Systems**
Nonpriority Creditor's Name
**475 County Road 128A**
**Cheyenne, WY 82007**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** **$1,070.65**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address On which entry in Part 1 or Part 2 did you list the original creditor?


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4 Rivers Equipment**
**924 11th Street**
**Greeley, CO 80631**

Line **4.1** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Go Green Pallet & Recycling**
**c/o Tucker Albin & Associates**
**1702 N. Collins Blvd, STE 100**
**Richardson, TX 75080**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Internal Revenue Service**
**Insolvency Unit**
**1999 Broadway**
**MS 5012 DEN**
**Denver, CO 80202-3025**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (*Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Jess Kershner**
**United States Welding, Inc.**
**600 South Santa Fe**
**Denver, CO 80223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.119** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Joseph W. Lawver, Esq.**
**Messeroli & Kramer**
**1400 5th Street Towers**
**100 South Fifth Street**
**Minneapolis, MN 55402-1217**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.75** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Mary Elizabeth Geiger, Esq.**
**Garfield & Hecht, P.C.**
**420 Seventh Street, Suite 100**
**Glenwood Springs, CO 81601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Mercantile Adjustment Bureau, LLC**
**P.O. Box 9055**
**Williamsville, NY 14231-9055**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Merchants Capital Resources, Inc.**
**7600 Parklawn Avenue**
**Suite 384**
**Minneapolis, MN 55435**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.75** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michael Smith, Esq.**
**Wolkin Law Group**
**235 West Giaconda Way, Suite 217**
**Tucson, AZ 85704**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.106** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Montana Hydraulics, LLC**
**c/o Julia Swingley, Esq.**
**P.O. Box 534**
**Helena, MT 59624**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.78** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Office of the Attorney General**<br>**State of Colorado**<br>**1525 Sherman Street, 7th Floor**<br>**Denver, CO 80203** | Line **2.1** of (*Check one):* ■ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Name and Address<br>**Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.2** of (*Check one):* ■ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Name and Address<br>**Office of the US Attorney**<br>**District of Colorado**<br>**1225 Seventeenth Street, Suite 700**<br>**Denver, CO 80202-5598** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.2** of (*Check one):* ■ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Name and Address<br>**Park Western Leasing, Inc.**<br>**1400 East Southern Avenue**<br>**Suite 1025**<br>**Tempe, AZ 85282** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.85** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Name and Address<br>**Power Motive Corporation**<br>**c/o Daniel Blum, Esq.**<br>**2919 Valmont Road**<br>**Suite 209**<br>**Boulder, CO 80301** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.87** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Name and Address<br>**Sean Hanlon, Esq.**<br>**Holland & Hart, LLP**<br>**555 17th Street, Suie 3200**<br>**Denver, CO 80202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.66** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Name and Address<br>**State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (*Check one):* ■ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Name and Address<br>**United States Welding, Inc.**<br>**359 West Lyons Avenue**<br>**Laramie, WY 82070** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.119** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Name and Address<br>**United States Welding, Inc.**<br>**600 South Santa Fe Drive**<br>**Denver, CO 80223** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.119** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Name and Address<br>**Wells Fargo Card Services**<br>**c/o Miller, Cohen, Peterson, Young, P.C.**<br>**344 Main Street**<br>**Longmont, CO 80502** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.129** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number (if know)

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wells Fargo Equipment Finance**<br>**c/o Douglas W. Brown**<br>**2000 S. Colorado Blvd.**<br>**Tower Two, STE 700**<br>**Denver, CO 80222** | Line **4.130** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Wells Fargo Equipment Finance, Inc.**<br>**ATTN: David Bernstein**<br>**2700 South Price Road**<br>**Chandler, AZ 85286** | Line **4.130** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ **116.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ **116.00** |

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **7,254,193.15** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **7,254,193.15** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cody Thomas Neff | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Clearwater Ventures, LLC<br>ATTN: Sarah Baker<br>P.O. Box 426<br>Gypsum, CO 81637** | **Lease of Residence through 2020** |
| 2.2 | **Clearwater Ventures, LLC<br>ATTN: Sarah Baker<br>P.O. Box 426<br>Gypsum, CO 81637** | **Purchase Option Contract on Residence** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cody Thomas Neff** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G _____<br>**Colorado Forestry Funding** |
| 3.2 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.128**<br>☐ Schedule G _____<br>**Wells Fargo Bank** |
| 3.3 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.130**<br>☐ Schedule G _____<br>**Wells Fargo Equipment Finance** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.1**<br>☐ Schedule G _____<br>**4 Rivers Equipment** |
| 3.5 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.40**<br>☐ Schedule G _____<br>**Ellengecker Oil, Inc.** |
| 3.6 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.106**<br>☐ Schedule G _____<br>**Swift Transportation** |
| 3.7 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.119**<br>☐ Schedule G _____<br>**United States Welding** |
| 3.8 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.91**<br>☐ Schedule G _____<br>**Rocky Mountain Power** |
| 3.9 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.100**<br>☐ Schedule G _____<br>**Suburban Propane** |
| 3.10 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.19**<br>☐ Schedule G _____<br>**City of Laramie** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.11 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.4**<br>☐ Schedule G<br>**Ace Hardware** |
| 3.12 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.6**<br>☐ Schedule G<br>**All Copy Products** |
| 3.13 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.12**<br>☐ Schedule G<br>**Bloedorn Lumber - Laramie** |
| 3.14 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.18**<br>☐ Schedule G<br>**Citizen Printing** |
| 3.15 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.28**<br>☐ Schedule G<br>**Colorado Packaging, Inc.** |
| 3.16 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.38**<br>☐ Schedule G<br>**Dooley Oil, Inc.** |
| 3.17 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.42**<br>☐ Schedule G<br>**Express Employment Professionals** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)* ______

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.18 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.43**<br>☐ Schedule G _____<br>**Express Transport Services, Inc.** |
| 3.19 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.44**<br>☐ Schedule G _____<br>**Fastenal Company** |
| 3.20 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.52**<br>☐ Schedule G _____<br>**Globaltranz Enterprises, Inc.** |
| 3.21 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.54**<br>☐ Schedule G _____<br>**Go Green Pallet & Recycling Company** |
| 3.22 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.59**<br>☐ Schedule G _____<br>**Hartman Distributing, Inc.** |
| 3.23 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.68**<br>☐ Schedule G _____<br>**Konecny Brother Lumber Company, Inc.** |
| 3.24 **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.69**<br>☐ Schedule G _____<br>**Laramie Auto Parts Co.** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.25 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.71**<br>☐ Schedule G _____<br>**Laramie Tire Factory, LLC** |
| 3.26 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.79**<br>☐ Schedule G _____<br>**Montana Hydraulics, LLC** |
| 3.27 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.96**<br>☐ Schedule G _____<br>**Source Gas** |
| 3.28 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.97**<br>☐ Schedule G _____<br>**Source One Packaging, LLC** |
| 3.29 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.104**<br>☐ Schedule G _____<br>**Sutherland Trucking** |
| 3.30 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.116**<br>☐ Schedule G _____<br>**True Value of Laramie** |
| 3.31 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue4**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.117**<br>☐ Schedule G _____<br>**Uline** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.32 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.125**<br>☐ Schedule G<br>**Voltech Electric, Inc.** |
| 3.33 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.138**<br>☐ Schedule G<br>**Wyoming Automotive & Industrial, LLC** |
| 3.34 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.139**<br>☐ Schedule G<br>**Wyoming Disposal Systems** |
| 3.35 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.83**<br>☐ Schedule G<br>**O'Reilly Parts** |
| 3.36 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.90**<br>☐ Schedule G<br>**Rocking E Trucking, Inc.** |
| 3.37 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.137**<br>☐ Schedule G<br>**Wood Products International** |
| 3.38 | **Big Horn Forest Products, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.2**<br>☐ Schedule G<br>**4 Rivers Equipment** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.39 | **Big Horn Forest Products, LLVC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.133**<br>☐ Schedule G ____<br>**West Range Reclamation, LLC** |
| 3.40 | **CSE Ventures, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G ____<br>**Colorado Forestry Funding** |
| 3.41 | **Powder River Ventures, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G ____<br>**Colorado Forestry Funding** |
| 3.42 | **Stephanie Neff**<br>**36702 Fruitland Mesa Road**<br>**Crawford, CO 81415** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.21**<br>☐ Schedule G ____<br>**Clearwater Ventures, LLC** |
| 3.43 | **Stephanie Neff**<br>**36702 Fruitland Mesa Road**<br>**Crawford, CO 81415** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.16**<br>☐ Schedule G ____<br>**Chase Credit Card** |
| 3.44 | **Timber Rail Services, LLC**<br>**185 Rattlesnake Road**<br>**Livermore, CO 80536** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G ____<br>**Colorado Forestry Funding** |
| 3.45 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.8**<br>☐ Schedule G ____<br>**Ascentium Capital** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.46 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.22**<br>☐ Schedule G ____<br>**CNH Capital America** |
| 3.47 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G ____<br>**Colorado Forestry Funding** |
| 3.48 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G ____<br>**Deere Credit** |
| 3.49 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.49**<br>☐ Schedule G ____<br>**G.E. Capital Corporation** |
| 3.50 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.66**<br>☐ Schedule G ____<br>**John Deere Construction** |
| 3.51 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.128**<br>☐ Schedule G ____<br>**Wells Fargo Bank** |
| 3.52 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.85**<br>☐ Schedule G ____<br>**Park Western Leasing** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.53 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.1**<br>☐ Schedule G _____<br>**4 Rivers Equipment** |
| 3.54 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.9**<br>☐ Schedule G _____<br>**Bank of America Credit Card** |
| 3.55 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.75**<br>☐ Schedule G _____<br>**Merchants Capital Resources** |
| 3.56 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.78**<br>☐ Schedule G _____<br>**Montana Hydraulics, LLC** |
| 3.57 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.87**<br>☐ Schedule G _____<br>**Power Motive Corporation** |
| 3.58 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.130**<br>☐ Schedule G _____<br>**Wells Fargo Equipment Finance** |
| 3.59 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.129**<br>☐ Schedule G _____<br>**Wells Fargo Card Services** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.60 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.5**<br>☐ Schedule G _____<br>**Acorn Petroleum** |
| 3.61 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.7**<br>☐ Schedule G _____<br>**American Tire Distributors** |
| 3.62 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.10**<br>☐ Schedule G _____<br>**Big Horn Forest Products, LLC** |
| 3.63 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.13**<br>☐ Schedule G _____<br>**Bonneville Fire and Forestry, LLC** |
| 3.64 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.14**<br>☐ Schedule G _____<br>**Cameron Butcher Management** |
| 3.65 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G _____<br>**Charter Communications** |
| 3.66 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.17**<br>☐ Schedule G _____<br>**Chief Petroleum Co.** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.67 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Clearwater Ventures, LLC** |
| 3.68 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.23**<br>☐ Schedule G _____<br>**Collett Enterprises, Inc.** |
| 3.69 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.26**<br>☐ Schedule G _____<br>**Colorado Machinery/Colorado Equipment** |
| 3.70 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.29**<br>☐ Schedule G _____<br>**Commercial Credit Group** |
| 3.71 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.30**<br>☐ Schedule G _____<br>**Corkle Oil Company, LLC** |
| 3.72 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G _____<br>**CSE Ventures, LLC** |
| 3.73 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.32**<br>☐ Schedule G _____<br>**Dalby Wendland & Co., P.C.** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.74 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.33**<br>☐ Schedule G<br>**DDI Equipment** |
| 3.75 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.36**<br>☐ Schedule G<br>**Delta Rigging & Tools, Inc.** |
| 3.76 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.39**<br>☐ Schedule G<br>**Eagle Valley Clean Energy** |
| 3.77 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.40**<br>☐ Schedule G<br>**Ellengecker Oil, Inc.** |
| 3.78 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.45**<br>☐ Schedule G<br>**Feenaughty Machinery Co.** |
| 3.79 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.47**<br>☐ Schedule G<br>**Forrester and Associates, LLC** |
| 3.80 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.53**<br>☐ Schedule G<br>**Go Green Pallet & Recycling Co** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)* ______

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.81 | **West Range Reclamation, LLC<br>110 East Hotchkiss Avenue<br>Hotchkiss, CO 81419** | ☐ Schedule D, line ______<br>■ Schedule E/F, line **4.55**<br>☐ Schedule G ______<br>**Gray Oil Company** |
| 3.82 | **West Range Reclamation, LLC<br>110 East Hotchkiss Avenue<br>Hotchkiss, CO 81419** | ☐ Schedule D, line ______<br>■ Schedule E/F, line **4.56**<br>☐ Schedule G ______<br>**GTS Forestry, Inc.** |
| 3.83 | **West Range Reclamation, LLC<br>110 East Hotchkiss Avenue<br>Hotchkiss, CO 81419** | ☐ Schedule D, line ______<br>■ Schedule E/F, line **4.58**<br>☐ Schedule G ______<br>**Harry Corkle Construction** |
| 3.84 | **West Range Reclamation, LLC<br>110 East Hotchkiss Avenue<br>Hotchkiss, CO 81419** | ☐ Schedule D, line ______<br>■ Schedule E/F, line **4.60**<br>☐ Schedule G ______<br>**Hill Petroleum** |
| 3.85 | **West Range Reclamation, LLC<br>110 East Hotchkiss Avenue<br>Hotchkiss, CO 81419** | ☐ Schedule D, line ______<br>■ Schedule E/F, line **4.61**<br>☐ Schedule G ______<br>**Indian Peaks Rental, LLC** |
| 3.86 | **West Range Reclamation, LLC<br>110 East Hotchkiss Avenue<br>Hotchkiss, CO 81419** | ☐ Schedule D, line ______<br>■ Schedule E/F, line **4.62**<br>☐ Schedule G ______<br>**Intermountain Forest Association** |
| 3.87 | **West Range Reclamation, LLC<br>110 East Hotchkiss Avenue<br>Hotchkiss, CO 81419** | ☐ Schedule D, line ______<br>■ Schedule E/F, line **4.63**<br>☐ Schedule G ______<br>**Interstate All Battery Center** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.88 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.64**<br>☐ Schedule G<br>**Intuit Payment Solutions** |
| 3.89 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.70**<br>☐ Schedule G<br>**Laramie Tire Factory, LLC** |
| 3.90 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.72**<br>☐ Schedule G<br>**Liberty Mutual Insurance** |
| 3.91 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.73**<br>☐ Schedule G<br>**Log Max** |
| 3.92 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G<br>**Lynn Hendrix Equipment, LLC** |
| 3.93 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.77**<br>☐ Schedule G<br>**Molina Landscaping and Logging, LLC** |
| 3.94 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.81**<br>☐ Schedule G<br>**Motion & Flow Control Products, Inc.** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.95 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.82**<br>☐ Schedule G _____<br>**North West Parts & Equipment** |
| 3.96 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.84**<br>☐ Schedule G _____<br>**Open Range Land, LLC** |
| 3.97 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.86**<br>☐ Schedule G _____<br>**Power Equipment Company** |
| 3.98 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.88**<br>☐ Schedule G _____<br>**R2 Advisors, LLC** |
| 3.99 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.89**<br>☐ Schedule G _____<br>**Rayson Logging Co., Inc.** |
| 3.100 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.92**<br>☐ Schedule G _____<br>**Schaeffer's Specialized Lubricants** |
| 3.101 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.95**<br>☐ Schedule G _____<br>**Smith, Currie & Hancock, LLP** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.102 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.99**<br>☐ Schedule G _____<br>**Spectrum Accounting** |
| 3.103 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.101**<br>☐ Schedule G _____<br>**Summitt Forests, Inc.** |
| 3.104 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.102**<br>☐ Schedule G _____<br>**Sunbelt Rentals, Inc.** |
| 3.105 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.103**<br>☐ Schedule G _____<br>**SunSource** |
| 3.106 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.105**<br>☐ Schedule G _____<br>**Sweat, LLC** |
| 3.107 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.106**<br>☐ Schedule G _____<br>**Swift Transportation** |
| 3.108 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.107**<br>☐ Schedule G _____<br>**Team Petroleum** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.109 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.108**<br>☐ Schedule G<br>**The Hanover Insurance Group** |
| 3.110 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.109**<br>☐ Schedule G<br>**Three Rivers Leasing, LLC** |
| 3.111 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.110**<br>☐ Schedule G<br>**Timber Rail Services** |
| 3.112 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.111**<br>☐ Schedule G<br>**Titan Access Account** |
| 3.113 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.112**<br>☐ Schedule G<br>**Titan Machinery-Windsor** |
| 3.114 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.113**<br>☐ Schedule G<br>**Titan Rentals** |
| 3.115 **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.114**<br>☐ Schedule G<br>**Todd Construction and Logging, Inc.** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.116 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.115**<br>☐ Schedule G _____<br>**Tri State Oil Reclaimers, Inc.** |
| 3.117 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.118**<br>☐ Schedule G _____<br>**United Site Services** |
| 3.118 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.119**<br>☐ Schedule G _____<br>**United States Welding** |
| 3.119 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.120**<br>☐ Schedule G _____<br>**Universal Premium** |
| 3.120 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.121**<br>☐ Schedule G _____<br>**Uthmann Enterprises, LLC** |
| 3.121 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.122**<br>☐ Schedule G _____<br>**Vegetation Management West, LLC** |
| 3.122 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.123**<br>☐ Schedule G _____<br>**Verizon Wireless** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.123 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.124**<br>☐ Schedule G _____<br>**Vermeer Sales & Service** |
| 3.124 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.127**<br>☐ Schedule G _____<br>**Wagner Equipment Co.** |
| 3.125 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.132**<br>☐ Schedule G _____<br>**West Range Forest Products** |
| 3.126 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.134**<br>☐ Schedule G _____<br>**West Range Trucking, LLC** |
| 3.127 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.135**<br>☐ Schedule G _____<br>**Will Tilghman** |
| 3.128 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.136**<br>☐ Schedule G _____<br>**Wind River Ventures, LLC** |
| 3.129 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.3**<br>☐ Schedule G _____<br>**4 Rivers Leasing, LLC** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.130 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.46**<br>☐ Schedule G _____<br>**Fleetcor Technologies** |
| 3.131 | **West Range Reclamation, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.67**<br>☐ Schedule G _____<br>**Joseph W. Lawyer, Esq.** |
| 3.132 | **West Range Reclamation, LLC**<br>**P.O. Box 960**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.35**<br>☐ Schedule G _____<br>**Delta County Treasurer** |
| 3.133 | **West Range Trucking, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G _____<br>**Colorado Forestry Funding** |
| 3.134 | **West Range Trucking, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.128**<br>☐ Schedule G _____<br>**Wells Fargo Bank** |
| 3.135 | **West Range Trucking, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.130**<br>☐ Schedule G _____<br>**Wells Fargo Equipment Finance** |
| 3.136 | **West Range Trucking, LLC**<br>**110 East Hotchkiss Avenue**<br>**Hotchkiss, CO 81419** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.129**<br>☐ Schedule G _____<br>**Wells Fargo Card Services** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.137 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.51**<br>☐ Schedule G _____<br>**GCR Tires and Service** |
| 3.138 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.93**<br>☐ Schedule G _____<br>**Sinclair Fleet Services** |
| 3.139 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.76**<br>☐ Schedule G _____<br>**Midwest Truck Parts & Service** |
| 3.140 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.23**<br>☐ Schedule G _____<br>**Collett Enterprises, Inc.** |
| 3.141 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.24**<br>☐ Schedule G _____<br>**Colorado Department of Revenue** |
| 3.142 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.80**<br>☐ Schedule G _____<br>**Morningstar Mountain Properties, LLC** |
| 3.143 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.50**<br>☐ Schedule G _____<br>**GCR Tires & Service** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.144 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.41**<br>☐ Schedule G _____<br>**Enviro Land Management, LLC** |
| 3.145 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.27**<br>☐ Schedule G _____<br>**Colorado Motor Carriers Association** |
| 3.146 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.126**<br>☐ Schedule G _____<br>**W.P.C.I.** |
| 3.147 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.65**<br>☐ Schedule G _____<br>**J.J. Keller & Associates, Inc.** |
| 3.148 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.119**<br>☐ Schedule G _____<br>**United States Welding** |
| 3.149 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.48**<br>☐ Schedule G _____<br>**Fuelman** |
| 3.150 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.131**<br>☐ Schedule G _____<br>**West Coast Livestock Express, Inc.** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Cody Thomas Neff** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.151 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.57**<br>☐ Schedule G _____<br>**Harrison Trucking, Inc.** |
| 3.152 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.94**<br>☐ Schedule G _____<br>**Sinclair Oil Corporation** |
| 3.153 | **West Range Trucking, LLC**<br>**P.O. Box 1598**<br>**Gypsum, CO 81637** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.90**<br>☐ Schedule G _____<br>**Rocking E Trucking, Inc.** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Cody Thomas Neff** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **Employee** | **Financial Administrator** |
| **Employer's name** | **Vegetation Management West, LLC** | **Uncompahgre/Com, Inc.** |
| **Employer's address** | **38700 French Field Way<br>Crawford, CO 81415** | **P.O. Box 1004<br>Hotchkiss, CO 81419** |
| **How long employed there?** | **18 months** | **18 months** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **1,820.00** | $ **2,900.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **1,820.00** | $ **2,900.00** |

Debtor 1 **Cody Thomas Neff** Case number (*if known*)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 1,820.00 | $ 2,900.00 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 253.24 | $ 706.85 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 253.24 | $ 706.85 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 1,566.76 | $ 2,193.15 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9. 10. $ 1,566.76 + $ 2,193.15 = $ 3,759.91
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies 12. $ 3,759.91
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **The Debtor may earn some money from being an expert witness in a lawsuit.**

**Fill in this information to identify your case:**

Debtor 1 **Cody Thomas Neff**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent.............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 7 | ☐ No ■ Yes |
| Daughter | 9 | ☐ No ■ Yes |
| Son | 12 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 946.30 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1 **Cody Thomas Neff** Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 306.62 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 107.57 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 195.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 200.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 250.00 |
| 10. | **Personal care products and services** | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. $ | 286.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 105.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 416.69 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 176.63 |
| | 15d. Other insurance. Specify: **Personal Umbrella Coverage** | 15d. $ | 25.50 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 80.25 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Feed for Horse** | 21. +$ | 15.00 |
| | **Feed for Chickens** | +$ | 20.00 |
| | **Clipping of Horse** | +$ | 5.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 4,985.56 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 4,985.56 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,759.91 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 4,985.56 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -1,225.65 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cody Thomas Neff** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person ______ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X ***/s/ Cody Thomas Neff*** | X |
| **Cody Thomas Neff** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **July 18, 2016** | Date |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7: Liquidation**

| | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Colorado

In re **Cody Thomas Neff** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **July 18, 2016**

***/s/* Cody Thomas Neff**
**Cody Thomas Neff**
Signature of Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy